UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                                                                    CASE NO.: 19-70980-ast

Lynne Maria Troise,                                                              CHAPTER 13

                        Debtor.
-----------------------------------------------------------x

# ORDER

On June 13, 2019, the Motion (the "Motion") of BSI Financial Services as servicer for U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust ("Movant") filed April 15, 2019, came before the Court for the relief that the automatic stay did not go into effect upon the filing of the above-captioned case as to real property located at 2195 Cameron Avenue, Merrick, NY 11566 (County: Nassau; Section: 56 Block: 25; Lot: 47) (the "Property"). This Court having considered the evidence presented and with good cause appearing therefore, it is hereby

**ORDERED**, that the automatic stay did not go into effect upon the filing of the above-captioned case pursuant to 11 U.S.C. § 362(c)(4)(A); and it is further

**ORDERED**, that to the extent applicable the automatic stay pursuant to 11 U.S.C. §362(a) is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) as to Movant, its agents, successors and/or assigns in interest, so that Movant, its agents, successors and/or assigns in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED**, that the co-debtor stay under 11 U.S.C. § 1301(a) is also terminated as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect the Property located at 2195 Cameron Avenue, Merrick, NY 11566 (County: Nassau; Section: 56 Block: 25; Lot: 47) filed not later than **two (2) years** after the date of the entry of this Order, except that a debtor in a subsequent case under the Bankruptcy Code may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further

**ORDERED,** that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any surplus monies realized from the sale of the Property; and it is further

**ORDERED,** that all other relief sought in the Motion is denied.



**Dated: June 30, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**